579 A.2d 813

IN THE MATTER OF RONALD W. SAGE, AN
ATTORNEY AT LAW.

December 14, 1989.

## ORDER

This matter having been presented to the Court on the recommendation of the Disciplinary Review Board that RON-ALD W. SAGE of FREEHOLD, who was admitted to the bar of this State in 1968, be publicly reprimanded for requesting that a doctor delete reference to relevant medical information from his report on respondent's client, and good cause appearing;

It is ORDERED that the findings and recommendation of the Disciplinary Review Board are hereby adopted, and RONALD W. SAGE is publicly reprimanded for conduct in violation of *RPC* 3.4(a); and it is further

ORDERED that the Decision and Recommendation of the Disciplinary Review Board, together with this order and the full record of the matter, be added as a permanent part of the file of respondent as an attorney at law of the State of New Jersey; and it is further

ORDERED that respondent reimburse the Ethics Financial Committee for appropriate administrative costs.